*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum and Daniel Polansky* of counsel), for appellant.

*Irving L. Schanzer* and *James B. Alley* for respondent.

Order affirmed, with costs, against Workmen's Compensation Board; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of IRA M. GREENE, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued October 16, 1947; decided October 17, 1947.

*Allen Goodwin* for appellant.

*Lewis Abrahams* for respondent.

*Charles E. Murphy, Corporation Counsel* (*Russell L. Tarbox* of counsel), for Board of Elections, respondent.

*Maxwell M. Flamm* for Clerk of Kings County, respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of JOSEPH BLEICH, Respondent, against WILLIAM O'DWYER et al., Constituting the Board of Estimate of the City of New York, et al., Appellants, et al., Defendants.

Argued October 6, 1947; decided October 17, 1947.